## In re Jose M.

The defendant's petition for certification for appeal from the Appellate Court, 30 Conn. App. 381 (AC 10975), is denied.

*Ramona S. Carlow,* special public defender, in support of the petition.

*James A. Killen,* assistant state's attorney, in opposition.

Decided April 13, 1993

## Arnold L. Beizer *v.* Donald Joslin

The plaintiff's petition for certification for appeal from the Appellate Court, 30 Conn. App. 909 (AC 11140), is denied.

*Arnold L. Beizer,* pro se, in support of the petition.

Decided April 13, 1993

## State of Connecticut *v.* Jeffrey L. Harrison

The defendant's petition for certification for appeal from the Appellate Court, 30 Conn. App. 108 (AC 10591), is granted, limited to the following issue:

"Whether General Statutes § 14-227a is an 'offense' within the meaning of General Statutes § 54-1f, thus permitting an officer to pursue an offender outside his jurisdiction in order to make a stop at the first safe opportunity?"

The Supreme Court docket number is SC 14750.

*Barry N. Silver,* in support of the petition.

*Susan C. Marks,* assistant state's attorney, in opposition.

Decided April 22, 1993